## Crose v. Commonwealth.

(Decided March 11, 1927.)

### Appeal from Rowan Circuit Court.

JAMES CLAY for appellant.

FRANK E. DAUGHERTY, Attorney General, and MOORMAN DITTO, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY DRURY, COMMISSIONER— Reversing.

The appellant was fined $150.00 and sentenced to 30 days in jail under a state of facts indistinguishable from

the facts in the case of Sizemore v. Com., 202 Ky. 273, 259 S. W. 337, upon the authority of which his motion for an appeal is sustained, the appeal is granted, and the judgment is reversed.